UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK   Civil Action No. 1:22-cv-01481
X-------------------------------------------------------------X   (AJN-BCM)
JONATHAN YEE

                          Plaintiffs,

  - against -   **NOTICE OF SETTLEMENT**
                                                                                                                                                      (AND MOTION TO VACATE ALL
ERAN PALATNICK and SLIDECLOUD LLC   DEADLINES)

                        Defendants.
X-------------------------------------------------------------X

     Plaintiff JONATHAN YEE by and through his attorney, PAUL J. SOLDA, ESQ., an attorney duly admitted to practice in the State of New York and before the US District Court, S.D.N.Y., presents the following:

     The parties respectfully notify the Court that the parties have agreed to settle the above-captioned matter. Counsel for the parties accordingly request that the Court record the matter settled.  The parties note that with an initial conditions deadline under the Agreement scheduled for September 1, 2022, we ask the Court to reserve dismissal until such time.  In addition, the parties request that the Court vacate all deadlines previously scheduled heretofore.

Dated:  New York, New York
        June 6, 2022

                                                              By:   *Paul J. Solda*
                                                              PAUL J. SOLDA, ESQ. (PS0557)
                                                              (Attorney for Plaintiff)
                                                              One Grand Central Place
                                                              60 East 42nd Street, 46th Floor
                                                              New York, New York 10165
                                                              212.967.3393
                                                              ps@soldalaw.com

To:

**Law Offices of Nolan Klein, P.A.**
*Attorneys for Defendants*
633 S. Andrews Ave., Ste. 500
Fort Lauderdale, FL 33301
(954) 745-0588
klein@nklegal.com